IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MEHRDAD SHAHGODARY,

    Petitioner,

v.                                                CASE NO. 1:05-cv-00187-MP-AK

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
ALBERTO GONZALES,
MICHAEL ROZOS,
DAVID WING,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Mehrdad Shahgodary. Petitioner has paid the filing fee. The Court has reviewed the petition, and pursuant to § 2243, the United States Attorney will be required to file an answer or other appropriate pleading to the petition. Respondents shall address the issue of this Court's jurisdiction over this petition in the answer or response. The Court will then determine whether an evidentiary hearing is required or, if not required, may dispose of the petition as justice requires. 28 U.S.C. § 2243. Petitioner shall have a limited period of time to file a response, if desired.

Upon receipt of the answer and Petitioner's response, if any, the Court will review the file to determine whether an evidentiary hearing is required. An evidentiary hearing will not be

required unless consideration of disputed evidence outside the record appears necessary to the Court. If it is determined that an evidentiary hearing is not required, the Court will make such disposition of the petition as justice requires pursuant to § 2243.

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall furnish by certified mail, return receipt requested, a copy of the § 2241 petition, Doc. 1, and this order to the United States Attorney for this district, who shall file an answer as directed by this order on or before **January 30, 2006**, and a copy of the § 2241 petition to the Attorney General of the United States.

2. Petitioner shall have until **March 2, 2006**, to file a response, if desired.

**DONE AND ORDERED** this *29th* day of November, 2005

s/ A. *KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**