IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MEHRDAD SHAHGODARY,

    Petitioner,

v.                                                 CASE NO. 1:05-cv-00187-MP-AK

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
ALBERTO GONZALES,
MICHAEL ROZOS,
DAVID WING,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that defendants' motion to dismiss, Doc. 5, be granted and the petition for writ of habeas corpus, Doc. 1, be dismissed as moot. The Magistrate Judge filed the Report and Recommendation on Tuesday, March 21, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss, Doc. 5, is granted.  The petition for writ of habeas corpus, Doc. 1, is dismissed as moot.  The Clerk is directed to close the file.

**DONE AND ORDERED** this  *24th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge